IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| A.D., individually and as Mother and Next Friend of K.D., a minor, and K.D., a minor,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERIDIAN COMMUNITY UNIT SCHOOL DISTRICT 101, TIM TURNER, DORLISSA CHERRY, SPENCER BYRD, MELISSA MCCUTCHEN-WILLIAMS, TAMARA MCCUTCHEN, VICTOR BAKER, LAWANDA GREEN, MIKE HILEMAN, MELODY SPAULDING, JAMIE NICHOLS, AND DEON CHERRY,<br><br>    Defendants. | Case No. 3:18-CV-162-NJR-RJD |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order dated November 29, 2018 (Doc. 55), this entire action is **DISMISSED with prejudice**.

DATED: November 29, 2018

                MARGARET M. ROBERTIE,
                Clerk of Court

                By: s/ *Deana Brinkley*
                    Deputy Clerk

APPROVED: _____
       **NANCY J. ROSENSTENGEL**
      **United States District Judge**